IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NOEL LAVERT KING, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | No. CIV-13-941-C |
| JIM FARRIS, et al., | ) ) | |
| Respondents. | ) | |

## JUDGMENT

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on November 15, 2013. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus is dismissed with prejudice, but because no amendment can cure the defect, judgment is entered for Respondents.

IT IS SO ORDERED this 13th day of January, 2014.

ROBIN J. CAUTHRON
United States District Judge